IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLLETE LOSEKE, | |
| Plaintiff, | 4:13-CV-3191 |
| vs. | |
| DEPALMA HOTEL CORPORATION and BK HOLDINGS, LLC, | ORDER |
| Defendants. | |

This matter is before the Court on the Plaintiff's Motion to Dismiss Defendant BK Holdings, LLC (filing 30). The motion will be granted.

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss Defendant BK Holdings, LLC (filing 30) is granted.

2. The plaintiff's claims against BK Holdings, LLC are dismissed without prejudice.

3. BK Holdings, LLC is dismissed as a party.

Dated this 14th day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge